AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
SEP 1 2 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) |
|---|---|
| v. | ) |
|  | )  Case No.  4:19-mj-7343-SPM |
|  | ) |
|  | ) |
|  | ) |
| ZETIAN LIU | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 11-12, 2019   in the county of   ST. LOUIS COUNTY   in the
EASTERN   District of   MISSOURI   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature
Michael Spreck, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   09/12/2019

_____
Judge's signature

City and state:   St. Louis, Missouri           Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*